# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

QUENTIN EUGENE BELL,

    Petitioner,

v.

WARDEN,

    Respondent.

Case No. CV 14-9119-DSF (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 3/1/17

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE